**Motion Granted and Order filed April 7, 2020.**



**In The**

# Fourteenth Court of Appeals
_____

**NO. 14-20-00028-CV**
_____

**Thomas Dan Little, Appellant**
**v.**
**Roxana Paula Popovici, Appellee**

---

**On Appeal from the 257th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-48234**

---

_____

**NO. 14-20-00029-CV**
_____

**Thomas Dan Little, Appellant**
**v.**
**Roxana Paula Popovici, Appellee**

---

**On Appeal from the 257th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-46856**

---

———————

**NO. 14-20-00038-CV**

———————

**Thomas Dan Little, Appellant**
**v.**
**Roxana Paula Popovici, Appellee**

**On Appeal from the257th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-27014**

## ORDER

On January 13, 2020, Thomas Dan Little filed a notice of appeal from the order signed December 13, 2019, denying his application for protective order. The appeal was assigned to this court under our appellate number 14-20-00028-CV.

On January 13 2020, Thomas Dan Little also filed a notice of appeal from the order signed December 13, 2019, granting Roxana Paula Popovici's application for protective order. The appeal was assigned to this court under our appellate number 14-20-00029-CV.

On January 13, 2020, Thomas Dan Little filed a notice of appeal from the order signed January 10, 2020, regarding communication between the parties. The appeal was assigned to this court under our appellate number 14-20-00038-CV.

On March 2, 2020, appellant filed a motion to consolidate the related appeals. Appellee did not respond. The motion is **GRANTED** and we issue the following order:

We order the appeals pending under our appellate case numbers 14-20-00028-CV, 14-20-00029-CV, and 14-20-00038-CV **CONSOLIDATED.**

2

Appellant further requests each party be limited to a single brief and the establishment of a briefing schedule. The motion is **GRANTED.** Appellant's brief is due sixty (60) days from the date of this order. Appellee's brief will be due sixty (60) days after appellant's brief is filed. Appellee's reply brief, if any, will be due twenty (20) days after appellee's brief is filed. The parties are directed to include the appellate case numbers of all three appeals on their briefs and all filings in this court.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Jewell and Spain.